IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AMERICAN FAMILY MUTUAL INSURANCE
COMPANY OF MADISON WISCONSIN                                PLAINTIFF

v.                          No. 3:15-cv-222-DPM

FILIBERTO HERRERA; NOEL
TRANSPORTATION; CLEOPATRA
TRUCKING, LLC; GUSTAVO NUNEZ;
MARIA NUNEZ; and CHARLIE STRUNK                             DEFENDANTS

JUDGMENT

Based on the stipulation, № 3, the complaint is dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

21 August 2015